# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUGUST CHRISTINE | Misc. No. 18-50546<br>Hon. Terrence G. Berg |

## ORDER OF DISMISSAL

This matter is before the Court on the Court's own review of the document that initiated this action.

This document is unintelligible and fails to state a claim for relief. This matter is dismissed pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction.

BY THE COURT:

Dated: November 26, 2018

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on November 26, 2018.

s/A. Chubb
Case Manager

1